IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Shirley M. Hild, et al** | * | |
| Plaintiff | | |
| | * | |
| vs. | | **Case No. L-02-3088** |
| | * | |
| **Boston Scientific Corporation** | | |
| Defendant | * | |

\*\*\*\*\*\*

## ORDER

This action was filed in the United States District Court for the District of Maryland on September 18, 2002. I find that the allegations made in this action involve questions of fact common to those in the action entitled In re: Protegen Sling and Vesica System Products Liability Litigation, MDL 1387. Accordingly, and pursuant to my authority as the Judge assigned to said Multidistrict Litigation, this action is transferred to MDL No. 1387.

The clerk is ordered to send a copy of this order to the Judicial Panel on Multidistrict Litigation and counsel of record.

Date: 9/22/02

_____
Benson E. Legg
United States District Judge